# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW35 | F5305392 | Martin | 2308 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 8/30/2021 1718
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 261.58(a)
Place of Offense: Mtn. Loop Hwy Gold Basin C.G.
HAZMAT ☐

Offense Description: Factual Basis for Charge
Camping for a period longer than allowed by the order

### DEFENDANT INFORMATION

Last Name: Beach
First Name: Drevin
MI: S

Tag No: BYM4225
State: WA

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 80.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy
Previous edition is obsolete
*F5305392*
FS-5300-4 (1/2020)

CVB SCAN 09/03/2021 13:12

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 30, 2021 while exercising my duties as a law enforcement officer in the Western District of Washington

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/30/2021
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident